UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SUPPRESSED
SEP 8 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                        )<br>            Plaintiff,                         )<br>                                                        )    No.<br>v.                                                     )<br>                                                        )    **4:21CR00499 SRC/DDN**<br>TRAVON KNIGHTEN,                  )<br>                                                        )<br>            Defendant.                     ) | |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 11, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**TRAVON KNIGHTEN,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1), and punishable under Title 18, United States Code, Section 924(a)(2).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JENNIFER SZCZUCINSKI, #56906MO
Assistant United States Attorney